**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSTANCE L. GRETEL,<br><br>   Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>   Defendant.<br>_____ | NO. ED CV 14-1921-SJO(E)<br><br><br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. section 636(b)(1)(B), the Court has reviewed the pleadings and other papers herein along with the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

  IT IS ORDERED that: (1) the decision of the Commissioner of the Social Security Administration is reversed in part; and (2) the matter is remanded for further administrative action consistent with

1  the Report and Recommendation.

3     IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
4  of this Order, the Magistrate Judge's Report and Recommendation and
5  the Judgment on counsel for Plaintiff and on the United States
6  Attorney for the Central District of California.

8        DATED: October 31, 2015.

*[signature: S. James Otero]*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE