UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CONSTANCE L. GRETEL, | ) | NO. ED CV 14-1921-SJO(E) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

 IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Report and Recommendation of United States Magistrate Judge.

 DATED: October 31, 2015.

 /s/ S. James Otero
 _____
 S. JAMES OTERO
 UNITED STATES DISTRICT JUDGE