HARVEY PETER SACKET (State Bar No. 72488)
Of Counsel, Olinsky Law Group
300 South State St., Suite 420
Syracuse, New York 13202
Tel: (315) 701-5780
Fax: (315) 701-5781
Email: fedct@windisability.com
Attorney for Plaintiff

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
JEAN M. TURK (CSBN 13157)
Special Assistant U.S. Attorney
Social Security Administration
160 Spear St., Suite 800
San Francisco, CA 94105
Tel: (415) 977-8935; Fax: (415) 744-0134
Email: jean.turk@ssa.gov
Attorneys for Defendant

FILED
CLERK, U.S. DISTRICT COURT
FEB - 8 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISCTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CONSTANCE L. GRETEL,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>  Defendant. | No. CV 5: 14-01921 E<br><br>~~PROPOSED~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES, PURSUANT TO 28 U.S.C. § 2412(d) |

-1-

Case 5:14-cv-01921-SJO-E

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $6,500.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATED: 2/8/16

HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE